

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-19-00185-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| ERICK MORALES-GUERRERO, | § | of Jeff Davis County, Texas |
| Appellee. | | (TC# CR1700847) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's order granting Defendant's motion to suppress. We therefore reverse the trial court's "Order on Motion to Suppress" and remand the cause to the trial court for further proceedings, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF OCTOBER, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.